1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   **JACQUES FEARENCE,**                    Case No. C 13-1372 CRB
                              Petitioner,     **ORDER**
13
14            **v.**
15   **R. GROUNDS, Warden,**
16                              Respondent.
17
18        This court considered Respondent's Request for an Extension of Time to Respond to
19   Petition, and good cause appearing,
20        **IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is
21   **GRANTED**.  Respondent shall respond to the petition by September 11, 2013.  If Petitioner
22   wishes to respond to the Respondent's response, he shall file and serve a response within 60 days
23   of receiving Respondent's response.
24
25   Dated:  Aug. 16 2013
26                                      The Honorable
27                                      IT IS SO ORDERED
28                                      Judge Charles R. Breyer

                                     1