IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUES FEARENCE,** <br><br> Petitioner, <br><br> v. <br><br> **R. GROUNDS, Warden,** <br><br> Respondent. | Case No. C 13-1372 CRB <br><br> **ORDER** |

This court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by September 11, 2013. If Petitioner wishes to respond to the Respondent's response, he shall file and serve a response within 60 days of receiving Respondent's response.

Dated: Aug. 16 2013

The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

1

[Proposed] Order (C 13-1372 CRB)